UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HUMANA INSURANCE COMPANY

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

CIVIL ACTION

NO. 09-902-BAJ-SCR

## ORDER OF DISMISSAL

The Court, having carefully considered the briefs filed by State Farm Mutual Automobile Insurance Company (doc. 66) and Katherine Cade (doc. 67) in response to the Court's Order of April 21, 2011 (doc. 65), hereby declines to exercise jurisdiction over the remaining state law claims in this matter pursuant to 28 U.S.C. § 1367(c)(3).

Accordingly, **IT IS ORDERED** that all remaining claims in this matter are hereby **DISMISSED**, without prejudice.

Baton Rouge, Louisiana, April 26, 2011.

BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA